UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC, a Delaware Limited
Liability Company,

  Plaintiff,

vs.

+/- 1.397 ACRES OF LAND IN ORANGE
COUNTY, FLORIDA, ORANGE COUNTY,
FLORIDA, a charter county and political
subdivision of the State of Florida,

  Defendants.
_____/

Case No.
Tract Nos: FL-ORNG-005.00

## COMPLAINT

Plaintiff, Florida Gas Transmission Company, LLC ("FGT"), files this Complaint to condemn easement interests necessary for its interstate natural gas pipeline project and states:

### Nature of Action and Parties

1. This condemnation action is authorized by the Natural Gas Act, 15 U.S.C. §§ 717- 717z, and is governed by Fed. R. Civ. P. 71.1.

2. FGT is a Delaware limited liability company authorized to do business in the State of Florida, and its principal place of business is located at 1300 Main St., Houston, Texas 77002. FGT is an interstate natural gas company as defined by Section 2(a) of the Natural Gas Act, 15 U.S.C. § 717 et seq., and, as such, is qualified

to construct, own, operate, and maintain pipelines for the transmission of natural gas and its by-products. FGT's authorization to transport natural gas in interstate commerce is granted by and subject to the jurisdiction of the Federal Energy Regulatory Commission ("FERC"). FGT's transmission system consists of a 5,300-mile-long pipeline system that extends from Texas through Louisiana, Mississippi, and Alabama, and throughout Florida.

3. FGT seeks to condemn easement interests in property located in Orange County, Florida (the "Owner's Parcel"). The Owner's Parcel is described in **Exhibit "1"**, which is incorporated herein by reference.

4. The easement interest(s) and terms that FGT seeks to condemn are set forth in the Term Sheet attached hereto as **Exhibit "2"** ("Subject Easements"), which is incorporated herein by reference.

5. The persons known to FGT to have or who may claim an interest in the Subject Easements are named as Defendants in this action and are listed in **Exhibit "3"**, which is incorporated herein by reference.

## Jurisdiction and Venue

6. Jurisdiction and venue are proper in this Court pursuant to 15 U.S.C. § 717f(h), 28 U.S.C. § 1331, and 28 U.S.C. § 1391(b)(2).

7. Commencing by January 31, 2024, FGT will be abandoning, relocating, constructing/modifying, and operating certain natural gas mainlines and delivery lateral pipeline facilities and appurtenant facilities in Orange County, Florida. This

project was designed and is necessary to avoid conflicts with Florida Turnpike Enterprises ("FTE")/Florida Department of Transportation's ("FDOT") planned roadway improvement project which involves the construction of a new interchange at Sand Lake Road (SR 482) and Florida's Turnpike (SR 91). The new interchange will enhance road connectivity, provide long-term mobility options, address existing and future traffic needs, and enhance access for emergency responders and hurricane evacuations. The new interchange project directly impacts FGT and its pipeline operations in this area. As a result of these impacts, FGT must abandon certain segments of mainline and delivery lateral pipeline facilities and appurtenances, relocate and construct certain replacement mainline and delivery lateral pipeline facilities and appurtenances necessary to safely continue providing existing firm natural gas transportation services to FGT's existing customers in its natural gas market. FGT's project is known as "Turnpike and Sand Lake Road Relocation Project" ("Project").

8. The Project requires FGT to: (i) abandon an approximate 0.94 mile segment of its existing 26-inch-diameter mainline pipeline and appurtenant facilities, and relocate and construct approximately 0.96 miles of replacement 26-inch-diameter natural gas pipeline; (ii) abandon an approximate 0.02 miles of existing 12-inch diameter crossover pipe to FGT's existing 24-inch diameter mainline and install a new 26-inch diameter mainline valve assembly with 12-inch diameter crossover pipe to FGT's 24-inch diameter mainline along with other associated piping and equipment; (iii) abandon a mainline valve delivery takeoff and an approximate 0.14 mile segment

of its existing 4-inch-diameter delivery lateral pipeline and appurtenant facilities, and relocate and construct a replacement takeoff valve and an approximate 0.30 mile segment of 4-inch-diameter delivery lateral pipeline and appurtenant facilities, and (iv) install a new 24-inch diameter drip on FGT's existing 24-inch diameter mainline all in Orange County, Florida, to avoid conflicts with the FTE/FDOT new interchange at SR 482 and SR 91 in Orange County, Florida. FGT's work must be completed and its mainline system placed in service by March 31, 2024, in order to meet FGT's in-service deadline, avoid delaying FTE/FDOT's interchange construction schedule, and ensure there is no disruption to the transmission of natural gas.  There will be no change in the capacity of FGT's mainline system.

9. On November 10, 1982, FERC entered an Order issuing a Blanket Certificate of Public Convenience and Necessity in Docket No. CP82-553-000 ("Blanket Certificate") which authorizes FGT to construct, operate, and abandon interstate natural gas pipelines and facilities.  A copy of the FERC Blanket Certificate is attached as **Exhibit "4"**, which is incorporated herein by reference.

10. On July 5, 2023, FGT submitted to FERC its Prior Notice Request for Authorization under the Blanket Certificate to rearrange part of its facilities, identifying the need for the Project and identifying the precise route and property to be impacted.  (Docket No. CP23-510-000).

11. On July 17, 2023, FERC issued a Notice of Request Under Blanket Authorization and Establishing Intervention and Protest Deadline and established a

deadline of September 15, 2023, at 5:00 p.m. as the deadline for the filing of protests, motions to intervene, and comments. A copy of which is attached here to as **Exhibit "5"**, which is incorporated herein by reference.

12. Pursuant to 18 C.F.R. § 157.205(h)(1), FGT obtained final authorization to proceed with the Project on September 16, 2023, because no protests were filed under the specified deadline.

13. FERC has conclusively determined that the Subject Easements are necessary to abandon, relocate, construct/modify, and operate the Project.

14. FGT has been unable to acquire the Subject Easements by contract.

15. FGT offered to purchase the Subject Easements from known Owners for at least $3,000.00, but the offer was not accepted. Upon information and belief, the Defendants claim the value of the Subject Easements is more than $3,000.00.

## Factual Background

16. FERC has approved and authorized the Project as necessary and in the public interest as per the Blanket Certificate (Docket No. CP82-553-000) and pursuant to the expiration of the deadline for filing of protest, motions to intervene, and comments to the Prior Notice Request for the Project (Docket No. CP23-510-000).

17. FERC's determination of a public need for the Project, as well as its other findings, are conclusive and cannot be collaterally attacked in this action.

## Right to Condemn

18. The Natural Gas Act, 15 U.S.C. § 717f(h), authorizes FGT to condemn

the Subject Easements because FGT is the holder of the FERC Blanket Certificate, because FERC has determined the Subject Easements are necessary for abandonment, relocation, construction/modification and operation of the Project, and because FGT is unable to acquire the Subject Easements by contract.

19.　FGT is entitled to a Final Judgment of Condemnation of the Subject Easements and such further relief as may be just and proper.

## REQUESTED RELIEF

WHEREFORE, FGT respectfully requests that this Court grant the following relief:

a.　Schedule a hearing after January 12, 2024, but before January 30, 2024 on FGT's Motion for Partial Summary Judgment and Motion for Preliminary Injunction for Immediate Possession, filed simultaneously herewith[1];

b.　Following such hearing, enter an order establishing that FGT has the right to condemn the Subject Easements and enter a preliminary injunction granting FGT immediate possession to begin the pre-construction and construction activities of the Project prior to January 31, 2024;

c.　Thereafter, pursuant to Fed. R. Civ. P. 71.1, determine full compensation for the condemnation of the Subject Easements;

---

[1] Orange County has agreed to provide an Easement for the interests needed subject to approval at its Board of County Commission ("BCC") meeting scheduled for January 9, 2024. In order to preserve scheduled timing and allow construction to commence by February 1, 2024, FGT has filed this action in the event the matter is not heard by the BCC. In the event that BCC does not approve the Easement, the Parties have agreed to enter into a Stipulated Order of Possession and a hearing would not be necessary. If the Easement is approved by the BCC FGT will dismiss this action.

  d. Upon payment of full compensation, enter judgment condemning the Subject Easements; and

  e. Grant such additional relief as may be just and proper.

Dated this 8th day of December, 2023.

          Respectfully submitted,

          /s/Prineet D. Sharma
          PRINEET D. SHARMA, ESQUIRE
          Florida Bar Number 154520
          IVONNE CALDWELL, ESQUIRE
          Florida Bar Number 63029
          IGMEDIO EDGARDO PANTALEON JR.
          Florida Bar No.: 603546
          **Sharma Eminent Domain Lawyers**
          3732 Winter Garden Vineland Rd.
          Winter Garden, FL 34787
          Telephone: (407) 395-3301
          Facsimile: (407) 395-3294
          prineet@sharmafl.com
          ivonne@sharmafl.com
          ed@sharmafl.com
          melissa@sharmafl.com
          chaylin@sharmafl.com
          *Attorneys for Florida Gas Transmission Company*