UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA GAS TRANSMISSION
COMPANY, LLC,**

        **Plaintiff,**

**v.**                              **Case No.  6:23-cv-2351-CEM-RMN**

**1.397 ACRES OF LAND IN
ORANGE COUNTY, FLORIDA
and ORANGE COUNTY,
FLORIDA,**

        **Defendants.**

_____ /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal

(Doc. 22). Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and

71.1(i)(1)(A), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record